UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSI PRODUCTS, INC.,<br><br>    Plaintiff,<br>  v.<br>ASHLEY STRAND,<br>    Defendant. | Case No. 2:13-cv-08363-ODW(RZx)<br><br>**ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

On November 14, 2013, Plaintiff LSI Products, Inc. served Defendant Ashley Strand. (ECF No. 10.) Strand's answer was thus due by December 5, 2013—which is 21 days after the service date. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). As of the date of this Order, Strand has yet to answer or otherwise respond. The Court therefore **ORDERS** LSI Products **TO SHOW CAUSE** by **Friday, December 13, 2013**, why LSI Products has not moved for entry of default with the Clerk of Court. No hearing will be held. The Court will discharge this Order upon receipt of Plaintiff's request for entry of default or an answer from Strand. In the event both documents are filed before the above date, the answer will take precedence.

**IT IS SO ORDERED.**

December 6, 2013

                _____
                   **OTIS D. WRIGHT, II**
               **UNITED STATES DISTRICT JUDGE**