# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSI PRODUCTS, INC.,<br><br>        Plaintiff,<br>   v.<br>ASHLEY STRAND,<br><br>        Defendant. | Case No. 2:13-cv-08363-ODW(RZx)<br><br>**ORDER TO SHOW CAUSE RE. MOTION FOR DEFAULT JUDGMENT** |

After Defendant Ashley Strand failed to answer or otherwise respond to Plaintiff LSI Products, Inc.'s Complaint, the Clerk of Court entered default against Strand on December 9, 2013. (ECF No. 14.)  The Court therefore **ORDERS** LSI Products **TO SHOW CAUSE** by **Monday, December 30, 2013**, why it has not moved for entry of default judgment against Strand.  No hearing will be held.  The Court will discharge this Order upon receipt of Plaintiff's default-judgment motion.

**IT IS SO ORDERED.**

December 9, 2013

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE