O

# United States District Court
# Central District of California

| | |
|---|---|
| LSI PRODUCTS, INC., <br><br>   Plaintiff, <br><br>  v. <br><br> ASHLEY STRAND, <br><br>   Defendant. | Case No. 2:13-CV-08363-ODW(RZ) <br><br> **ORDER FOR STATUS REPORT** |

  On November 12, 2013, Plaintiff LSI Products Inc. filed a complaint alleging that Defendant Ashley Strand had infringed its patent (U.S. Patent D659,062) for a recreational vehicle door set. (Compl. ¶2, ECF No. 1.) Defendant failed to timely answer. On December 9, 2013, the Clerk entered default against Defendant at Plaintiff's request. (ECF No. 14.) Plaintiff filed a motion for default judgment with the Court on December 30, 2013. (ECF No. 18.) However, before the Court could rule on the motion, the case was stayed pending resolution of Defendant's bankruptcy proceeding. (ECF Nos. 24, 26.) Plaintiff was to notify the Court upon the termination of Defendant's bankruptcy proceeding. (*Id.*) Three years have passed since the Court stayed this case and Plaintiff has not provided any update regarding the status of Defendant's bankruptcy proceeding. In an effort to timely resolve this matter, the Court orders Plaintiff to *submit a status report* updating the Court on the progress of

Defendant's bankruptcy proceeding.  This report should also include an indication of whether Plaintiff intends to continue prosecuting its case against Defendant. Plaintiff's failure to file a status report by **October 25, 2016** will result in the dismissal of this case without prejudice without further warning from the Court.

**IT IS SO ORDERED.**

October 11, 2016

_____
                    **OTIS D. WRIGHT, II**
                **UNITED STATES DISTRICT JUDGE**